Committee for Proprietary Medicinal Products. Note for Guidance On Clinical Investigation of Drugs Used in Weight Control. The European Agency for the Evaluation of Medicinal Products, 1997.

Cooper DW, Carpenter M, Mowbray P, Desira WR, Ryall DM, Kokri MS. Fetal and maternal effects of phenylephrine and ephedrine during spinal anesthesia for cesarean delivery. Anesthesiology. 2002 Dec;97(6):1582-90.

Crouch EA. Uncertainties in interspecies extrapolations of carcinogenicity. Environ Health Perspect. 1983 Apr;50:321-7.

Cupp, M. J. (Ed.) Toxicology and Clinical Pharmacology of Herbal Products. Humana Press; ISBN: 0896037916; 1st edition (February 15, 2000).

Curran C, Byrappa N, McBride A. Stimulant psychosis: systematic review. Br J Psychiatry. 2004 Sep;185:196-204.

Dattilo AM, Kris-Etherton PM. Effects of weight reduction on blood lipids and lipoproteins: a meta-analysis. Am J Clin Nutr. 1992 Aug;56(2):320-8.

Davis, R. (2002). Statement for the Record of the American Medical Association to the Subcommittee on Oversight of Government Management, Restructuring and the District of Columbia Committee on Government Affairs United States Senate   RE: DANGERS OF DIETARY SUPPLEMENT EPHEDRA. http://www.senate.gov/~gov_affairs/100802davis.htm

De Jesus RS. Guaifenesin and ephedrine nephrolithiasis. Soc Gen Intern Med, 27th Ann Mtg, May 12-15, 2004; Chicago:50-51.

Diabetes Prevention Program Research Group. The Diabetes Prevention Program: design and methods for a clinical trial in the prevention of type 2 diabetes. Diabetes Care, 22:623–634, 1999.

Dixon RL. Problems in extrapolating toxicity data for laboratory animals to man. Environ Health Perspect. 1976 Feb;13:43-50.

Drew CD, Knight GT, Hughes DT, Bush M. Comparison of the effects of D-(-)-ephedrine and L-(+)-pseudoephedrine on the cardiovascular and respiratory systems in man. Br J Clin Pharmacol. 1978 Sep;6(3):221-5.

Dulloo AG. Ephedrine, xanthines and prostaglandin-inhibitors: actions and interactions in the stimulation of thermogenesis. Int J Obes Relat Metab Disord. 1993 Feb;17 Suppl 1:S35-40.

Dulloo, AG. Herbal simulation of ephedrine and caffeine in treatment of obesity. Int J Obes Relat Metab Disord 2002 May;26(5):590-2.

*Allison Report*

EPHEDRA WORKING GROUP. (2003). Report Of Ephedra Working Group to the National Advisory Council for Complementary and Alternative Medicine. http://nccam.nih.gov/health/alerts/ephedra/working-group.pdf.

Ernst E. Ephedra alkaloids and brief relapse in EMDR-treated obsessive compulsive disorder - Reply. Acta Psychiatrica Scandinavica, August 2004, vol. 110, no. 2, pp. 159-159(1).

Ernst E. Cardiovascular adverse effects of herbal medicines: a systematic review of the recent literature. Can J Cardiol. 2003 Jun;19(7):818-27.

Esposito K, Pontillo A, Di Palo C, Giugliano G, Masella M, Marfella R, Giugliano D. Effect of weight loss and lifestyle changes on vascular inflammatory markers in obese women: a randomized trial. JAMA. 2003 Apr 9;289(14):1799-804.

FDA (2004). Final Rule Declaring Dietary Supplements Containing Ephedrine Alkaloids Adulterated Because They Present an Unreasonable Risk. http://fr.cos.com/cgi-bin/getRec?id=20040211a160. The Federal Register of February 11, 2004 (Vol 69, No. 28: 6787-6854), lists this document as in force.

FDA. (1996). GUIDANCE FOR THE CLINICAL EVALUATION OF WEIGHT-CONTROL DRUGS. http://www.fda.gov/cder/guidance/obesity.pdf. The Federal Register of February 27, 1997 (62 FR 8961), lists this document as in force.

FDA. "Public Meeting On The Safety Of Dietary Supplements Containing Ephedrine Alkaloids." Wednesday, August 9, 2000. U.S. Public Health Service. Washington, D.C. See: http://www.fda.gov/ohrms/dockets/dockets/00n1200/00n1200tr.htm

Flegal et al. Prevalence and Trends in Obesity Among US Adults, 1999-2000. JAMA. 2002 Oct 9;288(14):1723-7.

Flegal KM. Carroll MD. Kuczmarski RJ. Johnson CL. (1998). Overweight and obesity in the United States: prevalence and trends, 1960-1994. International Journal of Obesity & Related Metabolic Disorders. 22(1):39-47.

Fontaine KR, Barofsky I. Obesity and health-related quality of life. Obes Rev. 2001 Aug;2(3):173-82.

Fontaine KR, Bartlett SJ, Barofsky I. (2000). Health-related quality of life among obese persons seeking and not currently seeking treatment. INT J EAT DISORDER 27 (1): 101-105.

Fontaine, K. R., Redden, D. T., Wang, C., Westfall, A. O., & Allison, D. B. (2003). Years of Life Lost Due to Obesity. Journal of the American Medical Association, 289, 187-193.

Foster GD, Wadden TA, Kendall PC, Stunkard AJ, Vogt RA. Psychological effects of weight loss and regain: a prospective evaluation. J Consult Clin Psychol. 1996 Aug;64(4):752-7.

Gadbury, G. L., Coffey, C. S., & Allison, D. B. (2003). Modern Statistical Methods For Obesity Trial Data: Beyond LOCF. Obesity Reviews, 4, 175-184.

Gardner SF, Franks AM, Gurley BJ, Haller CA, Singh BK, Mehta JL. Effect of a multicomponent, ephedra-containing dietary supplement (Metabolife 356) on Holter monitoring and hemostatic parameters in healthy volunteers. Am J Cardiol. 2003 Jun 15;91(12):1510-3, A9.

Goldman P. Herbal medicines today and the roots of modern pharmacology. Ann Intern Med. 2001 Oct 16;135(8 Pt 1):594-600.

Goldstein DJ. Beneficial health effects of modest weight loss. Int J Obes Relat Metab Disord. 1992 Jun;16(6):397-415.

Goldstein, B. D. & Henifin, M. S. Reference Guide on Toxicology. In Federal Judicial Center, *REFERENCE MANUAL ON SCIENTIFIC EVIDENCE* (2nd ed. 2000) Available at: http://www.fjc.gov/public/pdf.nsf/lookup/7.toxic.pdf/$File/7.toxic.pdf

Green, M. D., Freedman, D. M., & Gordis, L. Reference Guide on Epidemiology. In Federal Judicial Center, *REFERENCE MANUAL ON SCIENTIFIC EVIDENCE* (2nd ed. 2000) Available at: http://www.fjc.gov/public/pdf.nsf/lookup/sciman06.pdf/$file/sciman06.pdf

Greenway, F. L., & Heber, D. (2004). Herbal and alternative approaches to obesity. In G. A. Bray & C. Bouchard (Eds.) Handbook of Obesity. New York: Marcel Dekker, Inc. pp 329-358.

Greenway, F. The safety and efficacy of pharmaceutical and herbal caffeine and ephedrine use as a weight loss agent. Obesity Reviews, 2001, Vol 2(3).

Greenway, FL; de Jonge, L; Blanchard, D; Frisard, M; Smith, SR Effect of a dietary herbal supplement containing caffeine and ephedra on weight, metabolic rate, and body composition OBESITY RESEARCH, 12 (7): 1152-1157 JUL 2004.

Gregg EW, Gerzoff RB, Thompson TJ, Williamson DF. Intentional weight loss and death in overweight and obese U.S. adults 35 years of age and older. Ann Intern Med. 2003 Mar 4;138(5):383-9.

Gunther S, Patterson RE, Kristal AR, Stratton KL, White E. Demographic and health-related correlates of herbal and specialty supplement use. J Am Diet Assoc. 2004 Jan;104(1):27-34.

Gurley BJ, Gardner SF, Hubbard MA. Content versus label claims in ephedra-containing dietary supplements. Am J Health-Syst Pharm. 2000 May 15:57:963-969.

Hakala K, Maasilta P, Sovijarvi AR. Upright body position and weight loss improve respiratory mechanics and daytime oxygenation in obese patients with obstructive sleep apnoea. Clin Physiol. 2000 Jan;20(1):50-5.

Kannel WB, Plehn JF, Cupples LA. Cardiac failure and sudden death in the Framingham Study. Am Heart J. 1988 Apr;115(4):869-75.

Kaufman KR, Berman JA, Setty A, Skotzko CE. Complicated hypertension related to the abuse of ephedrine and caffeine alkaloids. European Psychiatry. 2004 April;19(Suppl.1):157s.

Kernan, Walter N., M.D., et al., *"Phenylpropanolamine And The Risk Of Hemorrhagic Stroke,"* N Engl J Med, Vol. 343, No. 25, pp 1826-1832, (2000)

Kleinjan, K. J. (2003). *The cardiovascular effects of caffeine and ephedrine during exercise.* Masters Thesis. South Dakota State University. UMI Accession No: AAI1415394.

Knowler WC, Barrett-Connor E, Fowler SE, Hamman RF, Lachin JM, Walker EA, Nathan DM. Reduction in the incidence of type 2 diabetes with lifestyle intervention or metformin. N Engl J Med. 2002 Feb 7;346(6):393-403.

Kolotkin RL, Crosby RD. Psychometric evaluation of the impact of weight on quality of life-lite questionnaire (IWQOL-lite) in a community sample. Qual Life Res. 2002 Mar;11(2):157-71.

Krantz MJ. Cardiovascular effects of ephedra. JAMA. 2004 Apr 7;291(13):1560; author reply 1560-1.

Lachin JM. Statistical Considerations in the Intent-To-Treat Principle. Control Clin Trials. 2000;21:167-89.

Lee A, Ngan Kee WD, Gin T. A quantitative, systematic review of randomized controlled trials of ephedrine versus phenylephrine for the management of hypotension during spinal anesthesia for cesarean delivery. Anesth Analg. 2002 Apr;94(4):920-6, table of contents.

Liles JT, Taylor JT, Hud KT, Kadowitz PT. The Cardiovascular Response to Ephedrine Is Partially Mediated By Adrenal Catecholamines. FASEB Exp Biology, April 17-24, 2004;Washington DC:abstract #8829.

McBride, B., et al., *"Electrocardiographic and Hemodynamic Effects of a Multicomponent Dietary Supplement Containing Ephedra and Caffeine – A Randomized Controlled Trial,"* JAMA 291(2), 216-221, January 14, 2004

Malchow-Moller A, Larsen S, Hey H, Stokholm KH, Juhl E, Quaade F. Ephedrine as an anorectic: the story of the 'Elsinore pill'. Int J Obes. 1981;5(2):183-7.

Manson JE, Stampfer MJ, Hennekens CH, Willett WC. Body weight and longevity. A reassessment. JAMA. 1987 Jan 16;257(3):353-8.

Mantzoros CS. The role of leptin in human obesity and disease: a review of current evidence. Ann Intern Med. 1999 Apr 20;130(8):671-80.

*Allison Report*

McDonald E, Lane JI. Ephedrine strikes again? A case report and literature review. Soc Gen Intern Med, 27th Ann Mtg, May 12-15, 2004; Chicago:48.

Mehendale SR, Bauer BA, Yuan CS. Ephedra-containing dietary supplements in the US versus ephedra as a Chinese medicine. Am J Chin Med. 2004;32(1):1-10. Review.

Meinert, Curtis L. Clinical Trials: Design, Conduct and Analysis. Oxford University Press 1986.

Miller SC. Safety concerns regarding ephedrine-type alkaloid-containing dietary supplements. Mil Med. 2004 Feb;169(2):87-93.

Minority Staff Report, Special Investigations Division, Committee on Government Reform, U.S. House of Representatives. Adverse Event Reports from Metabolife. www.house.gov/reform/min.

Mokdad AH, Bowman BA, Ford ES, Vinicor F, Marks JS, Koplan JP. (2001). The continuing epidemics of obesity and diabetes in the United States. JAMA, 286 (10): 1195-1200.

Mokdad AH, Marks JS, Stroup DF, Gerberding JL. Actual causes of death in the United States, 2000. JAMA. 2004 Mar 10;291(10):1238-45.

Mokdad, A. H., Ford, E. S., Bowman, B. A., Dietz, W. H., Vinicor, F., Bales, V. S., Marks, J. S. (2003). Prevalence of Obesity, Diabetes, and Obesity-Related Health Risk Factors, 2001. JAMA, 289:76-79.

Moran TH, Kinzig KP. Gastrointestinal satiety signals II. Cholecystokinin. Am J Physiol Gastrointest Liver Physiol. 2004 Feb;286(2):G183-8.

Morgenstern LB, Viscoli CM, Kernan WN, Brass LM, Broderick JP, Feldmann E, Wilterdink JL, Brott T, Horwitz RI. Use of Ephedra-containing products and risk for hemorrhagic stroke. Neurology. 2003 Jan 14;60(1):132-5.

Motoo Y, Uchide K. Regulation of Ephedra in the United States. *The American Journal of Chinese Medicine.* 2003;31(6):1003-1004.

Narbro K, Agren G, Jonsson E, Larsson B, Naslund I, Wedel H, Sjostrom L. Sick leave and disability pension before and after treatment for obesity: a report from the Swedish Obese Subjects (SOS) study. Int J Obes Relat Metab Disord. 1999 Jun;23(6):619-24.

Naslund I I, Agren G. Social and Economic Effects of Bariatric Surgery. Obes Surg. 1991 Jun;1(2):137-140.

National Task Force on Prevention and Treatment of Obesity. (1994). Towards prevention of obesity: research directions. Obes Res 1994 2: 571-584.

National Toxicology Program (1986). TR-307. Toxicology and Carcinogenesis Studies of Ephedrine Sulfate (CAS No. 134-72-5) in F344/N Rats and B6C3F1 Mice (Feed Studies). NTIS# PB86-247285/AS.

National Toxicology Program (2001). Summary of Data for Chemical Selection: Dietary Supplements Containing Ephedrine Alkaloids. http://ntp-server.niehs.nih.gov/htdocs/Chem_Background/ExSumPdf/ephedrinealkaloids.pdf.

Ness, J. Cardiovascular effects of ephedra. JAMA. 2004 Apr 7;291(13):1560; author reply 1560-1.

Newton GD, Pray WS, Popovich NG. New OTC drugs and devices 2003: a selective review. J Am Pharm Assoc (Wash DC). 2004 Mar-Apr;44(2):211-25. Review.

NHLBI. (1998). *Clinical Guidelines On The Identification, Evaluation, And Treatment Of Overweight And Obesity In Adults. The Evidence Report*. NIH PUBLICATION NO. 98-4083. SEPTEMBER 1998. NATIONAL INSTITUTES OF HEALTH. National Heart, Lung, and Blood Institute in cooperation with The National Institute of Diabetes and Digestive and Kidney Diseases. http://www.nhlbi.nih.gov/guidelines/obesity/ob_gdlns.pdf.

Nieto JJ, Torres A. (2003). Midpoints for fuzzy sets and their application in medicine. ARTIF INTELL MED 27 (1): 81-101.

NSCA 2002 Conference Abstracts. The Journal of Strength and Conditioning Research: Vol. 16, No. 4, pp. 1-18.

Ogden et al. Prevalence and Trends in Overweight Among US Children and Adolescents, 1999-2000. JAMA. 2002 Oct 9;288(14):1728-32.

Persky AM, Berry NS, Pollack GM, Brouwer KL. Modelling the cardiovascular effects of ephedrine. Br J Clin Pharmacol. 2004 May;57(5):552-62.

Persky, AM; Ng, C; Song, MH; Lancaster, ME; Balderson, DE; Paulik, MA; Brouwer, KLR. Comparison of the acute pharmacodynamic responses after single doses of ephedrine or sibutramine in healthy, overweight volunteers. INTERNATIONAL JOURNAL OF CLINICAL PHARMACOLOGY AND THERAPEUTICS, 42 (8): 442-448 AUG 2004

Phillips CV, Goodman, KJ (2001) The messed lessons of Sir Austin Bradford Hill. Congress of Epidemiology, Toronto, p 765.. See: http://www.epiphi.com/papers/phillips-goodman_abhill_nov03.pdf

Pi-Sunyer FX. A review of long-term studies evaluating the efficacy of weight loss in ameliorating disorders associated with obesity. Clin Ther. 1996 Nov-Dec;18(6):1006-35.

Pi-Sunyer X. A clinical view of the obesity problem. Science. 2003 Feb 7;299(5608):859-60.

*Allison Report*

Pittler MH, Ernst E. Dietary supplements for body-weight reduction: a systematic review. Am J Clin Nutr. 2004 Apr;79(4):529-36.

Porta M, Jick H, Habakangas JA. Follow-up study of pseudoephedrine users. *Ann Allergy*. 1986 Nov;57(5):340-2.

Rados C. Ephedra Ban: No Shortage of Reasons. FDA Consumer magazine. 2004 March-April. http://www.fda.gov/fdac/features/2004/204_ephedra.html

Reuterwall C, Hallqvist J, Ahlbom A, De Faire U, Diderichsen F, Hogstedt C, Pershagen G, Theorell T, Wiman B, Wolk A. Higher relative, but lower absolute risks of myocardial infarction in women than in men: analysis of some major risk factors in the SHEEP study. The SHEEP Study Group. *J Intern Med*. 1999 Aug;246(2):161-74.

Rich S, Rubin L, Walker AM, Schneeweiss S, Abenhaim L. Anorexigens and pulmonary hypertension in the United States: results from the surveillance of North American pulmonary hypertension. Chest. 2000 Mar;117(3):870-4.

Robergs, R. A., Boone, T., & Lockner, D. Exercise Physiologists Should Not Recommend The Use Of Ephedrine And Related Compounds As Ergogenic Aids Or Stimulants For Increased Weight Loss. Journal of Exercise Physiology online. Official Journal of The American Society of Exercise Physiologists (ASEP). Volume 6 Number 4 November 2003.

Robinson RF, Griffith JR, Nahata MC, Mahan JD, Casavant MJ. Herbal weight-loss supplement misadventures per a regional poison center. *The Annals of Pharmacotherapy*. 2004 May;38. [Published in advance online, see: http://www.theannals.com.]

Rothman RB, Baumann MH. Therapeutic and adverse actions of serotonin transporter substrates. Pharmacol Ther. 2002 Jul;95(1):73-88. Review.

Ruelius HW. Extrapolation from animals to man: predictions, pitfalls and perspectives. Xenobiotica. 1987 Mar;17(3):255-65.

Samenuk, D., et al. *"Adverse cardiovascular events temporally associated with ma huang, an herbal source of ephedrine,"* Mayo Clin Proc, Vol. 77, No. 1, pp. 12-16, 2002

Scheindlin S. Ephedra: Once a Boon, Now a Bane. *Molecular Interventions*. 2003 Oct:3(7):358-360.

Shargel L, Silverman HI, Cohen P, Brisson J, Dennis S. Bioavailability and cardiovascular safety of Dexatrim (phenylpropanolamine hydrochloride) from a controlled-release caplet. Biopharm Drug Dispos. 1990 Oct;11(7):569-83.

Shekelle P, Morton, S., Maglione M, et al. Ephedra and Ephedrine for Weight Loss and Athletic Performance Enhancement: Clinical Efficacy and Side Effects. Evidence Report/Technology Assessment No. 76 (Prepared by Southern California Evidence-based Practice Center, RAND, under Contract No 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, Task Order No. 9). AHRQ Publication No. 03-E022.

Rockville, MD: Agency for Healthcare Research and Quality. February 2003. (Including the clinical trials referenced therein.)

Shekelle, P., M.D., et al., *"Efficacy and Safety of Ephedra and Ephedrine for Weight Loss and Athletic Performance – A Meta-analysis,"* JAMA, Vol. 289, No. 12, pp1537-1545, (2003)

Shekelle, P. (2003). Email to FDA dated April 7, 2003, 11:15 am.

Singhal, AB, Caviness VS, Begleiter AF, Mark EJ, Rordorf G, Koroshetz WJ. Cerebral vasoconstriction and stroke after use of serotonergic drugs. *Neurology.* 2002;58:130-133.

Sola S, Helmy T, Kacharava A. Coronary dissection and thrombosis after ingestion of ephedra. Am J Med. 2004 May 1;116(9):645-6.

Soni MG, Carabin IG, Griffiths JC, Burdock GA. Safety of ephedra: lessons learned. Toxicol Lett. 2004 Apr 15;150(1):97-110.

Strandberg TE, Pyorala K, Cook TJ, Wilhelmsen L, Faergeman O, Thorgeirsson G, Pedersen TR, Kjekshus J; 4S Group. Mortality and incidence of cancer during 10-year follow-up of the Scandinavian Simvastatin Survival Study (4S). Lancet. 2004 Aug 28;364(9436):771-7.

Swanson CA. Suggested guidelines for articles about botanical dietary supplements. AM J CLIN NUTR 75 (1): 8-10 JAN 2002.

Tavani A, Negri E, D'Avanzo B, La Vecchia C. Body weight and risk of nonfatal acute myocardial infarction among women: a case-control study from northern Italy. Prev Med. 1997 Jul-Aug;26(4):550-5.

Technical Resources International. Summary of Data for Chemical Selection. Dietary Supplements Containing Ephedrine Alkaloids. http://ntp-server.niehs.nih.gov/htdocs/Chem_Background/ExSumPdf/Ephedrinealkaloids.pdf. Prepared for NCI by Technical Resources International, Inc. to support chemical nominations under contract no. N02-CB-07007 (10/01).

Thompson CA. Ephedrine alkaloids banned from dietary supplements. Am J Health Syst Pharm. 2004 Apr 15;61(8):750-2, 756.

Torgerson JS, Hauptman J, Boldrin MN, Sjostrom L. XENical in the prevention of diabetes in obese subjects (XENDOS) study: a randomized study of orlistat as an adjunct to lifestyle changes for the prevention of type 2 diabetes in obese patients. *Diabetes Care*, 2004 Jan;27(1):155-61.

Torgerson JS, Sjostrom L. The Swedish Obese Subjects (SOS) study--rationale and results. Int J Obes Relat Metab Disord. 2001 May;25 Suppl 1:S2-4.

Torpy JM, Lynm C, Glass RM. JAMA patient page. Ephedra and ephedrine. JAMA. 2003 Mar 26;289(12):1590.

*Allison Report*

United States General Accounting Office. Report to the Chairman, Subcommittee on Wellness and Human Rights, Committee on Government Reform, House of Representatives. March 2003. DIETARY SUPPLEMENTS. Review of Health-Related Call Records for Users of Metabolife 356. See: http://www.gao.gov/

USDA Center for Nutrition Policy and Promotion. (1998). Symposium on Childhood Obesity: Causes and Prevention. http://www.usda.gov/cnpp/Seminars/obesity.PDF

Walker AM, Langleben D, Korelitz J, et al. Temporal trends in the number of reported cases of pulmonary hypertension and use of anorexigens, antidepressants, and amphetamines, 1998-2001. Submitted for publication. Abstract available at: http://www.phassociation.org/Medical/articles/temporal.asp

Walton R, Manos GH. Psychosis related to ephedra-containing herbal supplement use. South Med J. 2003 Jul;96(7):718-20.

White CM. Cardiovascular effects of ephedra. JAMA. 2004 Apr 7;291(13):1560; author reply 1560-1.

WHO. Obesity. Preventing and managing the global epidemic. World Health Organization, Geneva, 1998.

Wolfe, S. M. (2002). Testimony of Sidney M. Wolfe, MD. Director, Public Citizen Health Research Group, Washington DC. Before Senate Governmental Affairs Committee, Subcommittee on Oversight of Government Management Hearing on Dangers of Ephedra. October 8, 2002. http://govt-aff.senate.gov/100802wolfe.pdf.

Reports of the following generic experts identified in MDL-1598: Charles Ralph Buncher, Sc.D.; Louis R. Cantilena, Jr., M.D., Ph.D.; Richard N. Channick, M.D.; Gray M. Franklin, M.D.; Christine A. Haller, M.D.; Alan D. Kaye, M.D., Ph.D.; James P. Knochel, M.D.; Steven R. Levine, M.D.; Vallerie McLaughlin, M.D.; John E. Maggio, Ph.D.; Raymond L. Woosley, M.D., Ph.D.; and Douglas P. Zipes, M.D.

*Allison Report*

### Exhibit C. Other cases in which I have testified as an expert witness at trial or in deposition in the last four years.

1. I gave testimony and/or depositions in the cases of Cytodyne vs. Silver Sage; Cytodyne vs. Pheonix Labs; and Cytodyne vs. Basic Research.
2. I gave a deposition in the case of Parks vs. Cytodyne.
3. I gave a deposition in the case of Iturbe vs. Coral Gables Hospital.
4. I testified in the case of McKay-Panos vs. Air Canada.
5. I gave a deposition in the cases of: Bradford vs. Lockheed Martin; Reese vs. Lockheed Martin; and Konogeris vs. Lockheed Martin
6. I gave a deposition in the case of Griffin vs. Twin Labs.

*Allison Report*

## Exhibit D. Compensation.

For consulting with for-profit law firms, I charge $350 per hour for ordinary work and add 50% for expedited work.

33