

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

IN RE: EPHEDRA PRODUCTS LIABILITY LITIGATION    :   1:04-md-1598 (JSR)

PAUL and SHERRI CROSS   :

     Plaintiffs,   :   **ORDER**

  :   **GRANTING**

vs.   :   **ADMISSION PRO**

  :   **HAC VICE**

MUSCLETECH RESEARCH & DEVELOPMENT, INC., et al.   :

     Defendants.   :

  :

---------------------------------------------------------------X   :

PERTAINS TO   :
DOCKET NO. 1:04-cv-8557   :

---------------------------------------------------------------X   :

Upon motion for admission *pro hac vice* to the Bar of this Court as counsel for plaintiffs Paul and Sherri Cross in Case No. 1:04-cv-8557, the Court having considered the Motion and Affidavits of counsel, it is hereby **ORDERED** that said motion be granted, and that Scott S. Segal, Samuel A. Hrko, Deborah L. McHenry, and Victor S. Woods, respectively, be and hereby are admitted *pro hac vice* to the Bar of this Court to serve as counsel for plaintiffs in the above-captioned proceeding.

Dated this *15th* day of December, 2004.

_____
JUDGE JED S. RAKOFF
U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------X
                                     :

IN RE: EPHEDRA PRODUCTS LIABILITY LITIGATION    :       1:04-md-1598-JSR

                                       :
-----------------------------------------------------------------------------X
                                     :     **NOTICE OF**

PERTAINS TO THE FOLLOWING CASE:         :     **MOTION FOR**

                                     :     **ADMISSION PRO**

Cross v. Muscletech Research and Development, Inc., et al.   :     **HAC VICE**
  Case No. 1:04-cv-8557-JSR

Counsel for plaintiffs Paul and Sherri Cross in Case No. 1:04-cv-8557, hereby move the

Court pursuant to Local Rule 1.3(c) for admission *pro hac vice* to the Bar of this Court, to serve as

counsel in the above-captioned matter. In support of this motion, the undersigned state as follows:

      1.      Scott S. Segal is the principal of The Segal Law Firm, 810 Kanawha Boulevard, East,

Charleston, West Virginia 25301.

      2.      Samuel A. Hrko, Deborah L. McHenry and Victor S. Woods are associates of The

Segal Law Firm, 810 Kanawha Boulevard, East, Charleston, West Virginia 25301.

      3.      The Segal Law Firm has represented plaintiffs Paul and Sherri Cross as counsel since

the inception of this action, and was counsel of record in proceedings before the United States

District Court for the Southern District of West Virginia.

      4.      As attested to by the affidavits attached hereto as <u>Exhibits A through D</u>, and

certificates of good standing attached thereto, Scott S. Segal, Samuel A. Hrko, Deborah L. McHenry

and Victor S. Woods are admitted to practice before, and are members in good standing of the Bars

of, the Supreme Court of Appeals of West Virginia and the United States District Court for the

Southern District of West Virginia.

5.      Pursuant to Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multidistrict

Litigation, "every member of the Bar of any district court of the United States is entitled without

condition to practice before the Judicial Panel on Multidistrict Litigation,"and "[a]ny attorney of

record in any action transferred under Section 1407 may continue to represent his or her client in any

district court of the United States to which such action is transfered."


WHEREFORE, counsel for plaintiffs Paul and Sherri Cross, Scott S. Segal, Samuel A. Hrko,

Deborah L. McHenry and Victor S. Woods respectfully move the Court for an Order admitting them

*pro hac vice* to the Bar of this Court for purpose of acting as counsel in *Paul and Sherri Cross v.*

*MuscleTech Research and Dev., Inc., et al.*, MDL Case No. 1:04-cv-8557.

> *Respectfully submitted,*
>
> Plaintiffs,
> By counsel
>
> THE SEGAL LAW FIRM
> A Legal Corporation
> 810 Kanawha Boulevard, East
> Charleston, West Virginia 25301
> Telephone: (304) 344-9100
> Facsimile: (304) 344-9105
> samuel.hrko@segal-law.com
>
>
> _____
> SCOTT S. SEGAL

SAMUEL A. HRKO

DEBORAH L. McHENRY

VICTOR S. WOODS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------X
                                  :

IN RE: EPHEDRA PRODUCTS LIABILITY LITIGATION      :       1:04-md-1598-JSR
                                    :

-------------------------------------------------------------------------------X
                                  :       **AFFIDAVIT FOR**

PERTAINS TO THE FOLLOWING CASE:            :       **ADMISSION PRO**
                                  :       **HAC VICE OF**

Cross v. Muscletech Research and Development, Inc., et al.  :       **SCOTT S. SEGAL**
  Case No. 1:04-cv-8557-JSR                  :

Scott S. Segal, after first being duly sworn, deposes and states as follows:

1.      I am the principal of The Segal Law Firm, 810 Kanawha Boulevard, East, Charleston, West Virginia 25301, which is counsel for plaintiffs Paul and Sherri Cross in MDL Case No. 1:04-cv-8557.

2.      I received a B.S. from the University of Vermont in 1977, and graduated in 1981 from the West Virginia University College of Law.

3.      As evidenced by the certificates attached hereto as <u>Exhibits 1 and 2</u>, I was admitted in 1981 to practice before the Supreme Court of Appeals of West Virginia and the United Sates District Court for the Southern District of West Virginia, and am currently a member in good standing of the Bars of both courts. I am presently admitted to practice before all state and federal courts in the State of West Virginia, the United States Supreme Court, and the United States Court of Appeals for the Fourth Circuit.

4.      The Segal Law Firm has represented plaintiffs Paul and Sherri Cross as counsel since

the inception of this action, and I was counsel of record in proceedings before the United States District Court for the Southern District of West Virginia.

5.    I have never been censured, suspended, disbarred or otherwise disciplined by any court, nor have I ever been held in contempt of court.

6.    I seek admission to the Bar of this Court *pro hac vice* for the purpose of serving as counsel to plaintiffs in *Paul and Sherri Cross v. MuscleTech Research and Dev., Inc., et al.*, Case No. 1:04-cv-8557.

7.    I agree to abide by all rules and requirements pertaining to proceedings before this Court, including the Rules of Procedure of the Judicial Panel on Multidistrict Litigation and the local rules of the U.S. District Court for the Southern District of New York.


Further, this affiant sayeth naught.


SCOTT S. SEGAL


STATE OF WEST VIRGINIA

COUNTY OF KANAWHA

Subscribed, sworn to and acknowledged before me by Scott S. Segal, this 13th day of December, 2004.

My Commission expires: October 6, 2013

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
CARRIE J. GASAWAY
The Segal Law Firm
810 Kanawha Blvd., E.
Charleston, WV 25301
My Commission Expires Oct. 6, 2013

NOTARY PUBLIC

STATE OF WEST VIRGINIA

I, Rory L. Perry II, Clerk of the Supreme Court of Appeals of West Virginia, hereby do certify that Scott S. Segal, of Charleston, West Virginia, an attorney duly licensed to practice law in this State, was admitted to practice law before the Supreme Court of Appeals of West Virginia, the highest court of the State, on the 19th day of May, 1981; that he is an attorney in good standing in said Court and is currently on active status and that his private and professional characters are good.

Given under my hand and seal of said Court, at Charleston, West Virginia, this 2nd day of December, 2004, and in the 142nd year of the State.



_____
Clerk, Supreme Court of Appeals of West Virginia

**Exhibit 1**

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

‖ ss.

SOUTHERN  DISTRICT OF  WEST VIRGINIA

I,                              Teresa L. Deppner,                              Clerk of the United States
District Court for the Southern District of West Virginia

DO HEREBY CERTIFY THAT        **SCOTT SUMNER SEGAL**                              was

duly admitted to practice in said Court on            May 19, 1981            and is in good standing as a member

of the bar of said Court.

Dated at            Charleston

Teresa L. Deppner
_____ ,
Clerk

on      December 13,  2004

Deputy Clerk

**Exhibit 2**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------X
                                                        :
IN RE: EPHEDRA PRODUCTS LIABILITY LITIGATION            :        1:04-md-1598-JSR
                                                        :
-------------------------------------------------------------------------------X
                                                        :        **AFFIDAVIT FOR**
PERTAINS TO THE FOLLOWING CASE:                         :        **ADMISSION PRO**
                                                        :        **HAC VICE OF**
Cross v. Muscletech Research and Development, Inc., et al.   :    **SAMUEL A. HRKO**
    Case No. 1:04-cv-8557-JSR


Samuel A. Hrko, after first being duly sworn, deposes and states as follows:

1.      I am an associate with The Segal Law Firm, 810 Kanawha Boulevard, East, Charleston, West Virginia 25301, which is counsel for plaintiffs Paul and Sherri Cross in MDL Case No. 1:04-cv-8557.

2.      I received a B.S. in Chemistry, Cum Laude, from West Virginia State University in 1995, and graduated in 1998 from the Ohio Northern University College of Law.

3.      As evidenced by the certificates attached hereto as Exhibits 1 and 2, I was admitted in 1998 to practice before the Supreme Court of Appeals of West Virginia and the United Sates District Court for the Southern District of West Virginia, and am currently a member in good standing of the Bars of both courts. I am presently admitted to practice before all state and federal courts in the State of West Virginia, as well as the United States Court of Appeals for the Fourth Circuit.

4.      I have never been censured, suspended, disbarred or otherwise disciplined by any court, nor have I ever been held in contempt of court.

Exhibit B

5.     I seek admission to this Court *pro hac vice* for the purpose of serving as counsel to plaintiffs in *Cross v. MuscleTech, et al.*, No. 04-CV-0557.

6.     I agree to abide by all rules and requirements pertaining to proceedings before this Court, including the local rules of the U.S. District Court for the Southern District of New York.

Further, this affiant sayeth naught.

_____
SAMUEL A. HRKO

STATE OF WEST VIRGINIA

COUNTY OF KANAWHA

Subscribed, sworn to and acknowledged before me by Samuel A. Hrko, this 13ᵗʰ day of December, 2004.

My Commission expires: October 6, 2013

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
CARRIE J. GASAWAY
The Segal Law Firm
810 Kanawha Blvd., E.
Charleston, WV 25301
My Commission Expires Oct. 6, 2013

_____
NOTARY PUBLIC

2

STATE OF WEST VIRGINIA

       *I, Rory L. Perry II, Clerk of the Supreme Court of Appeals of West Virginia, hereby do certify that Samuel A. Hrko, of Charleston, West Virginia, an attorney duly licensed to practice law in this State, was admitted to practice law before the Supreme Court of Appeals of West Virginia, the highest court of the State, on the 13th day of October, 1998; that he is an attorney in good standing in said Court and is currently on active status and that his private and professional characters are good.*

       *Given under my hand and seal of said Court, at Charleston, West Virginia, this 2nd  day of December, 2004, and in the 142nd year of the State.*



       *Clerk, Supreme Court of Appeals of West Virginia*

**Exhibit 1**

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

} ss.

SOUTHERN  DISTRICT OF  WEST VIRGINIA

I,                         Teresa L. Deppner,                    Clerk of the United States
District Court for the Southern District of West Virginia

DO HEREBY CERTIFY THAT     **SAMUEL ALEXANDER HRKO**                was

duly admitted to practice in said Court on     October 13, 1998     and is in good standing as a member

of the bar of said Court.

Dated at          Charleston                                    Teresa L. Deppner

_____ ,

Clerk

on     December 13,  2004

Deputy Clerk

**Exhibit 2**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------X
                               :

IN RE: EPHEDRA PRODUCTS LIABILITY LITIGATION    :    1:04-md-1598-JSR
                               :

------------------------------------------------------------------------------X
                               :    **AFFIDAVIT FOR**

PERTAINS TO THE FOLLOWING CASE:        :    **ADMISSION PRO**
                               :    **HAC VICE OF**

Cross v. Muscletech Research and Development, Inc., et al.    :    **DEBORAH L.**
    Case No. 1:04-cv-8557-JSR                 :    **McHENRY**

Deborah L. McHenry, after first being duly sworn, deposes and states as follows:

1.    I am an associate with The Segal Law Firm, 810 Kanawha Boulevard, East, Charleston, West Virginia 25301, which is counsel for plaintiffs Paul and Sherri Cross in MDL Case No. 1:04-cv-8557.

2.    I received a B.A. from the University of Charleston in 1981, and graduated in 1984 from the West Virginia University College of Law.

3.    As evidenced by the certificates attached hereto as <u>Exhibit 1 and 2</u>, I was admitted in 1984 to practice before the Supreme Court of Appeals of West Virginia and the United Sates District Court for the Southern District of West Virginia, and am currently a member in good standing of the Bars of both courts. I am also presently admitted to practice before the United States Supreme Court and the United States Court of Appeals for the Fourth Circuit.

4.    The Segal Law Firm has represented plaintiffs Paul and Sherri Cross as counsel since the inception of this action, and I was counsel of record in proceedings before the United States

Exhibit C

District Court for the Southern District of West Virginia.

5.       I have never been censured, suspended, disbarred or otherwise disciplined by any court, nor have I ever been held in contempt of court.

6.       I seek admission to the Bar of this Court *pro hac vice* for the purpose of serving as counsel to plaintiffs in *Paul and Sherri Cross v. MuscleTech Research and Dev., Inc., et al.*, Case No. 1:04-cv-8557.

7.       I agree to abide by all rules and requirements pertaining to proceedings before this Court, including the Rules of Procedure of the Judicial Panel on Multidistrict Litigation and the local rules of the U.S. District Court for the Southern District of New York.

Further, this affiant sayeth naught.

DEBORAH L. McHENRY

STATE OF WEST VIRGINIA

COUNTY OF KANAWHA

Subscribed, sworn to and acknowledged before me by Deborah L. McHenry, this 13th day of December, 2004.

My Commission expires: October 6, 2013

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
CARRIE J. GASAWAY
The Segal Law Firm
810 Kanawha Blvd., E.
Charleston, WV 25301
My Commission Expires Oct. 6, 2013

NOTARY PUBLIC

STATE OF WEST VIRGINIA

I, Rory L. Perry II, Clerk of the Supreme Court of Appeals of West Virginia, hereby do certify that Deborah L. McHenry, of Charleston, West Virginia, an attorney duly licensed to practice law in this State, was admitted to practice law before the Supreme Court of Appeals of West Virginia, the highest court of the State, on the 15th day of May, 1984; that she is an attorney in good standing in said Court and is currently on active status and that her private and professional characters are good.

Given under my hand and seal of said Court, at Charleston, West Virginia, this 2nd day of December, 2004, and in the 142nd year of the State.



_____
Clerk, Supreme Court of Appeals of West Virginia

**Exhibit 1**

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

} ss.

SOUTHERN  DISTRICT OF  WEST VIRGINIA

I,            Teresa L. Deppner,            Clerk of the United States
District Court for the Southern District of West Virginia

DO HEREBY CERTIFY THAT    **DEBORAH LYNN McHENRY**            was

duly admitted to practice in said Court on    May 15, 1984    and is in good standing as a member

of the bar of said Court.

Dated at        Charleston

Teresa L. Deppner

_____ ,
Clerk

on    December 13,  2004

Deputy Clerk

**Exhibit 2**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------X
               :

IN RE: EPHEDRA PRODUCTS LIABILITY LITIGATION    :     1:04-md-1598-JSR
               :

-----------------------------------------------------------------------------X
               :     **AFFIDAVIT FOR**

PERTAINS TO THE FOLLOWING CASE:         :     **ADMISSION PRO**
               :     **HAC VICE OF**

Cross v. Muscletech Research and Development, Inc., et al.   :     **VICTOR S.**
  Case No. 1:04-cv-8557-JSR            :     **WOODS**

Victor S. Woods, after first being duly sworn, deposes and states as follows:

1.     I am an associate with The Segal Law Firm, 810 Kanawha Boulevard, East, Charleston, West Virginia 25301, which is counsel for plaintiffs Paul and Sherri Cross in MDL Case No. 1:04-cv-8557.

2.     I received a B.A. from the University of Chicago in 1985, and graduated in 1995 from the West Virginia University College of Law.

3.     As evidenced by the certificates attached hereto as Exhibits 1 and 2, I was admitted in 1995 to practice before the Supreme Court of Appeals of West Virginia and the United Sates District Court for the Southern District of West Virginia, and am currently a member in good standing of the Bars of both courts. I am presently admitted to practice before all state and federal courts in the State of West Virginia, as well as the United States Court of Appeals for the Fourth Circuit.

4.     The Segal Law Firm has represented plaintiffs Paul and Sherri Cross as counsel since the inception of this action, and I was counsel of record in proceedings before the United States District Court for the Southern District of West Virginia.

Exhibit D

5.      I have never been censured, suspended, disbarred or otherwise disciplined by any court, nor have I ever been held in contempt of court.

6.      I seek admission to the Bar of this Court *pro hac vice* for the purpose of serving as counsel to plaintiffs in *Paul and Sherri Cross v. MuscleTech Research and Dev., Inc., et al.*, Case No. 1:04-cv-8557.

7.      I agree to abide by all rules and requirements pertaining to proceedings before this Court, including the Rules of Procedure of the Judicial Panel on Multidistrict Litigation and the local rules of the U.S. District Court for the Southern District of New York.


Further, this affiant sayeth naught.


VICTOR S. WOODS


STATE OF WEST VIRGINIA

COUNTY OF KANAWHA

Subscribed, sworn to and acknowledged before me by Victor S. Woods, this 13th day of December, 2004.

My Commission expires: October 6, 2013

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
CARRIE J. GASAWAY
The Segal Law Firm
810 Kanawha Blvd., E.
Charleston, WV 25301
My Commission Expires Oct. 6, 2013

NOTARY PUBLIC

STATE OF WEST VIRGINIA

   I, Rory L. Perry II, Clerk of the Supreme Court of Appeals of West Virginia, hereby do certify that Victor S. Woods, of Charleston, West Virginia, an attorney duly licensed to practice law in this State, was admitted to practice law before the Supreme Court of Appeals of West Virginia, the highest court of the State, on the 2nd day of October, 1995; that he is an attorney in good standing in said Court and is currently on active status and that his private and professional characters are good.

   Given under my hand and seal of said Court, at Charleston, West Virginia, this 2nd day of December, 2004, and in the 142nd year of the State.



_____
Clerk, Supreme Court of Appeals of West Virginia

**Exhibit 1**

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

} ss.

SOUTHERN  DISTRICT OF  WEST VIRGINIA


I,                    Teresa L. Deppner,                    Clerk of the United States
District Court for the Southern District of West Virginia

DO HEREBY CERTIFY THAT    **VICTOR SHAWN WOODS**           was

duly admitted to practice in said Court on         October 2, 1995        and is in good standing as a member

of the bar of said Court.


Dated at          Charleston

Teresa L. Deppner
_____ ,
Clerk

on    December 13,  2004

*Wilhelmina B Simon*
Deputy Clerk


**Exhibit 2**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X
                                   :

IN RE: EPHEDRA PRODUCTS LIABILITY LITIGATION   :    1:04-md-1598-JSR
                                   :
-------------------------------------------------------------------------X

PERTAINS TO THE FOLLOWING CASE:          :    **CERTIFICATE**
                                   :    **OF**

Cross v. Muscletech Research and Development, Inc., et al.  :    **SERVICE**
  Case No. 1:04-cv-8557-JSR                :

## CERTIFICATE OF SERVICE

This is to hereby certify that a copy of the foregoing *Notice of Motion for Admission Pro Hac Vice* was served by mailing (and e-mail where indicated) a true and correct copy of the same this _13th_ day of December, 2004 to the following:

|  |  |
|---|---|
| Christopher A. Seeger, Esq.<br>SEEGER WEISS LLP<br>One William Street<br>New York, New York 10004<br>cseeger@seegerweiss.com | Plaintiffs' Liaison Counsel |
| Peter C. Neger, Esq.<br>BINGHAM McCUTCHEN<br>399 Park Avenue<br>New York, New York 10022<br>peter.neger@bingham.com | Defendants' Liaison Counsel |
| Thomas B.K. Ringe, III, Esq.<br>Thomas A. Lincoln, Esq.<br>DUANE MORRIS LLP<br>One Liberty Place, Suite 4200<br>Philadelphia, Pennsylvania 19103-7396<br>tbringe@duanemorris.com | Counsel for Muscletech |
| Robert M. Hirsh, Esq.<br>DUANE MORRIS LLP<br>380 Lexington Ave.<br>New York, NY 10168<br>rmhirsh@duanemorris.com | Counsel for Muscletech |

Stephen B. Farmer, Esq.
G. Kenneth Robertson, Esq.
FARMER, CLINE & ARNOLD, PLLC
Second Floor, 7 Players Club Drive
P.O. Box 3842
Charleston, WV 25338          Counsel for Muscletech


Shawn P. George, Esq.
GEORGE & LORENSON, PLLC
1526 Kanawha Boulevard, East
Charleston, WV 25311          Counsel for GNC Defendants


R. Scott Long, Esq.
Apryll H. Boggs, Esq.
HENDRICKSON & LONG, PLLC
214 Capitol Street
P.O. Box 11070
Charleston, WV 25339          Counsel for Peak Wellness, Inc.;
                              Carlon Colker, M.D.; Miami
                              Research Assoc., Inc.; and Douglas
                              Kalman

Michael B. Victorson, Esq.
Dennis Sauter, Esq.
JACKSON & KELLY, PLLC
1600 Laidley Tower
P.O. Box 553
Charleston, WV 25322          Counsel for Stuart Lowther


Samuel A. Hrko
**The Segal Law Firm**
A Legal Corporation
810 Kanawha Boulevard, East
Charleston, West Virginia   25301
(304) 344-9100