**Exhibit List**
**PCC's Closing *Daubert* Brief**

| PCC's Exhibit | Scientific Literature Title | Docket # |
|---|---|---|
| A -001 | Morgenstern, LB, et al., *Use of Ephedra-containing products and risk for hemorrhagic stroke*, 60 NEUROLOGY 132  (January 2003) | |
| A -002 | Hill, Austin B., *The Environment and Disease: Association or Causation?*, in SECTION OF OCCUPATIONAL MEDICINE 295 (January 14, 1965) | |
| A -003 | Karch, S., and L. Lasagna, *Toward the operational identification of adverse drug reactions*, CLIN PHARMACOL & THER 247 (1977) | |
| A -004 | Middleton, W., and K.K. Chen, *Ephedrine: a Clinical Study*, 39 ARCHIVE OF INTERNAL MED. 385 (1927) | |
| A -005 | Haller CA, et al., *Pharmacology of Ephedra Alkaloids and Caffeine after Single Dose Dietary Supplement Use,* 71 CLIN PHARMACOL THER 421 (JUNE 2002) | |
| A -006 | Gardner, S.F, *Effect of multicomponent, ephedra-containing dietary supplement (Metabolife 356) on Holter monitoring and hemostatic parameters in healthy volunteers,* 91 AM J CARDIOL 1510 (2003) | |
| A -007 | Haller, CA, et al., *Enhanced stimulant and metabolic effects of combined ephedrine and caffeine*, 75 CLIN PHARMACOL THER 259 (Apr. 2004) | |
| A -008 | Bouvy, M., et al., *Use of Sympathomimetic Drugs Leads to Increased Risk of Hospitalization for Arrhythmias in Patients with Congestive Heart Failure*, 160 ARCH. INT. MED. 2477 (Sept. 2000) (Ref. No. 22, Zipes Aff.) | |
| A -009 | Pentel, P., *Toxicity of Over-the-Counter Stimulants*, 252 JAMA 1898, 1902 (No. 14, Oct. 12, 1984) | |
| A -010 | Astrup, Arne, et al., *The effect and safety of an ephedrine/caffeine compound compared to ephedrine, caffeine and placebo in obese subjects on an energy restricted diet.  A double blind trial*, 16 INT J OBES RELAT METAB DISORD 269  (1992) | |
| A -011 | Boozer, CN., et al., *An herbal supplement containing Ma Huang-Guarana for weight loss: a randomized, double-blind trial,* INT J OBES RELAT METAB DISORD 316 (March 2001) (Defense Ex. A74) | |
| A -012 | Jacobs et al., *Effects of Ephedrine, Caffeine, and their Combination on Muscular Endurance*, MEDICINE & SCIENCE IN SPORTS & EXERCISE 987, 990 (2003) (Defense Ex. 266) | |

## Exhibit List
## PCC's Closing *Daubert* Brief

| PCC's Exhibit | Scientific Literature Title | Docket # |
|---|---|---|
| A-013 | McBride, B., et al., *Electrocardiographic and Hemodynamic Effects of a Multicomponent Dietary Supplement Containing Ephedra and Caffeine, A Randomized Controlled Trial*, 291 JAMA 216, 219 (No. 2, January 14, 2004) (Defense Ex. 375) | |
| A-014 | Kalman, D., et al., *An acute clinical trial evaluating the cardiovascular effects of an herbal ephedra-caffeine weight loss product in healthy overweight adults*, 26 INT. J. OBES. 1363 (2002) (Defense Ex. 286) | |
| A-015 | Kalman, D., et al., *Corrigendum, An acute clinical trial evaluating the cardiovascular effects of an herbal ephedra-caffeine weight loss product in healthy overweight adults*, Int. J. Obes. (2003). | |
| A-016 | Kalman, D., et al., *A Double Blind Clinical Evaluation of the Safety of an Ephedra/Caffeine-based Product plus Aerobic Exercise in Healthy Overweight Adults*, 16 FASEB J. A785 (No. 5, March 2002). (Defense Ex. 287) | |
| A-017 | Bell, D. et al., *Effects of caffeine, ephedrine and their combination on time to exhaustion during high-intensity exercise*, EUR J APPL PHYSIOL, 427, 429-30 (1998) | |
| A-018 | Bell, D., et al., *Combined caffeine and ephedrine ingestion improves run times of Canadian Forces Warrior Test*, AVIATION, SPACE, AND ENVIRONMENTAL MEDICINE, 325, 237 (1999) | |
| A-019 | Belfie, L., et al., *Safety and effectiveness of an herbal dietary supplement containing ephedra (ma haung) and caffeine (guarana extract) when used in combination with a supervised diet and exercise intervention,* 9 PROGRAM ABSTRACTS PG26 (Supplement 3, Sept. 2001) | |
| A-020 | Boozer, et al., *Herbal ephedra/caffeine for weight loss: a 6 month randomized safety and efficacy study*, 26 INT. J. OBES. 593 (2002) | |
| A-021 | Pasquali, R., et al., *A Controlled Trial Using Ephedrine In The Treatment Of Obesity,* 9 INT. J. OBES. 93 (1985) | |
| A-022 | Greenway, F., et al., *Effect of a Dietary Herbal Supplement Containing Caffeine and Ephedra on Weight, Metabolic Rate, and Body Composition*, 12 OBES. RESEARCH 1152 (No. 7, July 2004) | |
| A-023 | Astrup, A., et al., *Thermogenic, Metabolic, and Cardiovascular Effects of a Sympathomimetic Agent, Ephedrine, A Double-Blind Placebo-Controlled Study,* 48 CURRENT THERAPEUTIC RESEARCH 1087 (No. 6, Dec. 1990) | |

**Exhibit List**
**PCC's Closing *Daubert* Brief**

| PCC's Exhibit | Scientific Literature Title | Docket # |
|---|---|---|
| A-024 | Astrup, A., et al., *Termogenic Synergism Between Ephedrine and Caffeine in Healthy Volunteers: A Double-Blind, Placebo-Controlled Study,* 40 METABOLISM 323 (No. 3, March 1991) | |
| A-025 | Tashkin, D., et al., *Double-Blind Comparison of Acute Bronchial and Cardiovascular Effects of Oral Terbutaline and Ephedrine*, 68 CHEST 155 (August 1975) | |
| A-026 | White, L., et al., *Pharmokinetics and Cardiovascular Effects of Ma-Haung (Ephedra sinica) in Normotensive Adults*, 37 J. CLIN. PHARMACOL 116 (1997) | |
| A-027 | Haller, C.A., Benowitz N.L., *Adverse Cardiovascular and Central Nervous System Events Associated with Dietary Supplements Containing Ephedra Alkaloids*, 343 NEJM 1833 (No. 25, Dec. 2000) | |
| A-028 | Blanc, S., et al., *Judgments of trained observers on adverse drug reactions,* 25 CLIN. PHARMACOLOGY AND THERAPEUTICS 493 (May 1979) | |
| A-029 | Colker, *Double-Blind, Placebo Controlled Evaluation of the Safety and Efficacy of ephedra, Caffeine, and Salicin for Short Term Weight Reduction in Overweight Subjects,* AM. SOC. OF EXERCISE PHYSIOLOGISTS, 2ND ANNUAL MEETING (1999) | |
| A-030 | Waluga, M., et al., *Cardiovascular effects of ephedrine, caffeine and yohimbine measured by thoracic electrical bioimpedance in obese women*, 18 CLINICAL PSYCHOLOGY 69 (No. 1, 1998) | |
| A-031 | Meier, K., et al., *A Review of Seizures Reported to the FDA in Association with Use of Dietary Supplements*," (abstract), 659 J TOXICOL CLIN TOXICOL (2003) | |
| A-032 | Myslobodsky et al., *Antiepileptic effects of amphetamine may require Gaba (Benzodiazepine) activity*, 34 LIFE SCI. 1591 (Feb. 1984)(Def. Ex. 421) | |
| A-033 | Warter, J., et al., *Effects of Drugs Affecting Dopaminergic Neurotransmission in Rats with Spontaneous Petit Mal-Like Seizures*, 27 PHARMACOLOGY 269 (No. 3, 1988) (Def. Ex. 573) | |
| A-034 | Yehuda, S., et al., *The Effects of d-Amphetamine and Temperature on p-Cresol and Pentylenetetrazol Induced Convulsions*, 7 INT. J. NEUROSCIENCE 223 (1977) | |
| A-035 | King, G.A. and W.M. Burnham, *Effects of d-Amphetamine and Apomorphine in a New Animal Model of Petit Mal Epilepsy*, 69 PSYCHOPHARMACOLOGY 281 (1980) | |

## Exhibit List
## PCC's Closing *Daubert* Brief

| PCC's Exhibit | Scientific Literature Title | Docket # |
|---|---|---|
| A -036 | Frey, H.H. and M. Vorrs, *Effect of Psychotropic Agents on a Model of Absence Epilepsy in Rats*, 30 NEUROPHARMACOLOGY 651 (No. 6, 1991) | |
| A -037 | Feijoo, M. and J. Bilbo, *Seizures of Sleep Onset: Clinical and Therapeutical Aspects*, 15 CLINICAL NEUROPHARMACOLOGY 50 (No. 1, 1992) | |
| A -038 | Livingston, Samuel, *Diagnosis and Treatment of Childhood Myoclonic Seizures*, 53 PEDIATRICS 542 (No. 4, April 1974) | |
| A -039 | Bent, S., et al., *Correction: The Relative Safety of Ephedra Compared with Other Herbal Products*, 138 ANNALS OF INTERNAL MED. 1012 (No. 12, June 17, 2003) | |
| A -040 | Bent, S., et al., *The Relative Safety of Ephedra Compared with Other Herbal Products*, 18 ANNALS OF INTERNAL MED. 468 (No. 6, March 18, 2003). | |

| PCC's Exhibit | Text Books Title | Docket # |
|---|---|---|
| B -001 | ROTHMAN, KENNTH J., and SANDER GREENLAND, *Chapter 2, Causation and Causal Inference*, in MODERN EPIDEMIOLOGY 16, 17, 18, 19,20 (Lippincott, Williams & Wilkins 2$^d$ ed., 1998) | |
| B -002 | HAACK, SUSAN, *Neither Sacred no a Confidence Trick: The Critical Common-Sensist Manifesto*, in DEFENDING SCIENCE - WITHIN REASON: BETWEEN SCIENTISM AND CYNICISM 17, 23-24 (Prometheus Books, 2003). | |
| B -003 | Haack, Susan, Summary biography and curriculum vitae | |
| B -004 | Scheiner, Samuel M., *Ch. 3,Experiments, Observations, and Other Kinds of Evidence*, in THE NATURE OF SCIENTIFIC EVIDENCE – STATISTICAL, PHILOSOPHICAL, AND EMPIRICAL CONSIDERATIONS 51 (Mark L. Taper and Subhash R. Lele, eds., 2004) | |
| B -005 | HAACK, SUSAN, *Entangled in the Bramble Bush: Science in the Law*, in DEFENDING SCIENCE - WITHIN REASON: BETWEEN SCIENTISM AND CYNICISM 251-252 (Prometheus Books, 2003). | |
| B -006 | HAACK, SUSAN, *Nail Soup: A Brief, Opinionated History of the Old Deferentialism*, in DEFENDING SCIENCE - WITHIN REASON: BETWEEN SCIENTISM AND CYNICISM 37 (Prometheus Books, 2003). | |
| B -007 | CHEN, K.K. and Carl F. Schmidt, *Ephedrine and Related Substances*, in 9 MEDICINE 1 (1930). | |

**Exhibit List**
**PCC's Closing *Daubert* Brief**

| PCC's Exhibit | Text Books<br>Title | Docket # |
|---|---|---|
| B-008 | HOFFMAN, B., *Ch. 10, Catecholamines, Sympathomimetic Drugs & Adrenergic Receptor Antagonists, in* GOODMAN & GILMAN'S THE PHARMACEUTICAL BASIS OF THERAPEUTICS 215 (Hardman, et al., eds., 10th ed., 2001) | |
| B-009 | NIES, ALAN S., *Ch. 3, Principals of Therapeutics, in* GOODMAN & GILMAN'S THE PHARMACEUTICAL BASIS OF THERAPEUTICS 45, 50-51 (Hardman, et al., eds., 10th ed., 2001) | |

| PCC's Exhibit | Experts/Industry Representatives<br>Title | Docket # |
|---|---|---|
| C-001 | Plaintiffs' Generic Expert Report and C.V. of John E. Maggio, Ph.D. | |
| C-002 | Colker, Carlon, M.D. deposition transcript of May 17, 2004, pages 427-428 | |
| C-003 | Plaintiffs' Generic Expert Report and C.V. of Christine A. Haller, M.D. | |
| C-004 | Declaration of Gary M. Franklin, M.D., MPH, re: *Ephedra Causation of seizures, and response to defense counsel introduction f studies relating amphetamine to seizure reduction or suppression*, March 7, 2005 | |

| PCC's Exhibit | Public Documents<br>Title | Docket # |
|---|---|---|
| D-001 | Dietary supplements and Ephedra: health risks and FDA's Oversight GAO Statement Before the House Subcommittee on Oversight and Investigations; GAO-03-1042T United States General Accounting Office, Statement of Marcia Cross dated 7/23/2003 | |
| D-002 | Food and Drug Administration, *Final Rule Declaring Dietary Supplements Containing Ephedrine Alkaloids Adulterated Because They Present An Unreasonable Risk; Final Rule,* Part III, Department of Health and Human Services, 21 CFR Part 119, 69 Federal Register 6788-6854 | |
| D-003 | RAND Corp., Evidence - Based Practice Center (Shekelle, P et al.); *Ephedra and ephedrine for weight loss and athletic performance enhancement: Clinical efficacy and side effects.* Agency for Healthcare Research Quality: Publication No. 03-E022 | |

**Exhibit List**
**PCC's Closing *Daubert* Brief**

| PCC's Exhibit | Public Documents Title | Docket # |
|---|---|---|
| D -004 | U.S. General Accounting Office (GAO), GAO/Health, Education, and Human Services Division (HEHS); *Report to the Chairman and Ranking Minority Member, Committee on Science, House of Representatives Dietary Supplements: Uncertainties in Analyses Underlying FDA's Proposed Rule on Ephedrine Alkaloids,* 1999 GAO/HEHS/GGD-99-90 | |
| D -005 | United States General Accounting *Office, Dietary supplements: review of health-related call records for users of Metabolife 356*, GAO-03-494 | |
| D -006 | Gonzalez, Diana, *Doctors: Ephedrine, Heat And Exercise Are Dangerous Mix: Ephedrine Interferes With Body's Heat Elimination Process, Physicians Say,* NBC 6 NEWS TEAM, February 18, 2003 *at* 7:24 p.m. EST | |
| D -007 | Smith, Stephen, *Death of major-league pitcher puts herbal supplement ephedrine in spotlight,* THE BOSTON GLOBE, February 19, 2003 | |
| D -008 | Congressional hearing testimony, Letter from Joshua Perper to Hon. James Greenwood (July 23, 2003) | |
| D -009 | *Issues Relating to Ephedra-Containing Dietary Supplements: Before the Subcommittee on Oversight and Investigations; and the Subcommittee on Commerce and Trade, and Consumer Protection of the Committee on Energy and Commerce House of Representatives*, 108th Cong. (July 23, 24, 2003) | |

| PCC's Exhibit | Case Law Title | Docket # |
|---|---|---|
| E -001 | *McClain v. Metabolife,* 2005 WL 477861 (11th Cir. 2005) | |
| E -002 | Order re destruction of documents, *Crawford v. Muscletech Research & Development et al.,* No. CIV-01-1298-C (W.D. Okla. Jan. 24, 2003) | |
| E -003 | Martin v. Shell Oil Co., 180 Supp.2d 313, 58 Fed. R. Evid. Serv. 87 (D.Conn., Jan. 10, 2002)(No. Civ.A.3-99-CV-1428(J) | |
| E -004 | *Jarvis v. Ford Motor Co.,* 1999 WL 461813 at *6 (S.D.N.Y. 1999) | |
| E -005 | *United States of America v. Metabolife International, Inc. and Michael J. Ellis*, No. 03CR10881 (S.D. Cal.) | |

**Exhibit List**
**PCC's Closing *Daubert* Brief**

| PCC's Exhibit | Other Authority<br>Title | Docket # |
|---|---|---|
| F -001 | DAVID GOODSTEIN, *How Science Works, in* Annotated REFERENCE MANUAL ON SCIENTIFIC EVIDENCE 182 (2d ed., 2004) | |
| F -002 | Restatement (Third) of Torts § 36, Ch. 5 (2003) | |
| F -003 | Annotated Federal Rules of Evidence Rule 702 | |
| F -004 | Saks MJ et al. eds., *Reference Guide on Epidemiology, in* ANNOTATED REFERENCE MANUAL ON SCIENTIFIC EVIDENCE 470-546 (2d ed., 2004) | |
| F -005 | Saks MJ et al. eds., *Reference Guide on Toxicology, in* ANNOTATED REFERENCE MANUAL ON SCIENTIFIC EVIDENCE 547-597 (2d ed., 2004) | |
| F -006 | PCC Exhibits 11, 12, and 13 submitted at Daubert Hearing 2/9/2005 | |
| F -007 | Tiffany Kennedy Deposition Transcript dated 5/28/2003 | |
| F -008 | Deborah Trinker Deposition Transcript dated 5/29/2003 | |

| PCC's Exhibit | Industry Documents<br>Title | Docket # |
|---|---|---|
| G -001 | Ballantine, Craig (originator) Email re: *Update on the Hydroxycut Study* (April 23, 2001) | |
| G -002 | Email from Peak Wellness to Craig Ballantine re Hydroxycut Update (May 14, 2001) | |
| G -003 | Email from Carlon Colker re *Abstracts ASP* to KP Conklin and Bob dated 10/30/01 and 10/31/01 | |
| G -004 | Email from Kalman to Stuart Lowther Re: Update on the Hydroxycut Study (4/23/2001); and Kalman Deposition Transcript at pages 182-190 | |
| G -005 | Letter from Sen. Durban to Scott Rudolph (Nov. 14, 2003) | |
| G -006 | Letter from Scott Rudolph to Sen. Durbin (Nov. 20, 2003) | |
| G -007 | Redacted consumer complaints 4261, 5098 | |

| PCC's Exhibit | Plaintiffs' Discovery Documents<br>Title | Docket # |
|---|---|---|
| H -001 | Affidavit of Edward Blizzard | |
| H -002 | Metabolife International, Inc.'s Objections and Answers to Plaintiffs' First Set of Identification only Interrogatories | |

**Exhibit List**
**PCC's Closing *Daubert* Brief**

| PCC's Exhibit | Plaintiffs' Discovery Documents Title | Docket # |
|---|---|---|
| H -003 | Defendant Metabolife International, Inc.'s Response to Plaintiffs' First Set of Identification only Interrogatories | |
| H -004 | Plaintiffs' Second Set of Identification only Interrogatories to Metabolife International, Inc. | |
| H -005 | Metabolife International Inc.'s Objections and Answers to Plaintiffs' Second Set of Identification Only Interrogatories | |
| H -006 | Plaintiffs' Second Set of Interrogatories to Metabolife International, Inc. | |
| H -007 | Plaintiffs' Request for Production to Metabolife | |