```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
In re EPHEDRA PRODUCTS LIABILITY    :
LITIGATION                          :    04 MD 1598 (JSR)
                                    :
------------------------------------ x
In re MUSCLETECH RESEARCH AND       :
DEVELOPMENT INC., et al.;           :
                                    :
Foreign Applicants in Foreign       :    06 Civ. 538 (JSR)
Proceedings.                        :
                                    :
------------------------------------ x
In re RSM RICHTER INC., AS FOREIGN  :
REPRESENTATIVE OF MUSCLETECH RESEARCH:
AND DEVELOPMENT INC. AND ITS        :    06 Civ. 539 (JSR)
SUBSIDIARIES,                       :
                                    :
            Plaintiff,              :
                                    :
         -v-                        :
                                    :
SHARON AGUILAR, an individual; et   :    ORDER
al.,                                :
                                    :
            Defendants.             :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

    Before the Court are certain petitions of RSM Richter, Inc. -- appointed by the Ontario Superior Court of Justice as monitor and foreign representative of MuscleTech Research and Development Inc. and certain of its subsidiaries (collectively, the "Foreign Applicants"), which are in bankruptcy in Canada -- seeking recognition and relief in aid of "foreign main proceedings" pursuant to 11 U.S.C. §§ 1504 and 1519. For the reasons stated from the bench, see transcript, March 2, 2006:

    1. The Canadian bankruptcy proceedings involving the Foreign Applicants are hereby recognized as foreign main proceedings pursuant to 11 U.S.C. § 1517.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-3-06
```

2. The provisions of 11 U.S.C. § 1520 apply in the above-captioned Chapter 15 cases.

3. The prior orders of this Court giving effect to orders of the Ontario Court shall continue in effect in accordance with their terms pursuant to 11 U.S.C. § 1521.

4. A copy of this Order shall be served upon all known creditors (or their counsel) of the Foreign Applicants by electronic mail or by facsimile transmission or, in the event service by electronic mail or facsimile cannot be accomplished, by overnight delivery service, on or before March 9, 2006. Service in accordance with this Order shall constitute adequate and sufficient service and notice of this Order.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       March 2, 2006